E-FILED
Wednesday, 11 July, 2012  03:34:58 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| SCOTT HOUZENGA,<br><br>          Plaintiff,<br><br>vs.<br><br>CITY OF MOLINE, ILLINOIS, and<br>TODD ALLEN,<br><br>          Defendants. | Case No. _____ |

**NOTICE OF REMOVAL**

The Defendants, CITY OF MOLINE, ILLINOIS, and TODD ALLEN, by their attorneys, QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO, pursuant to 28 USC § 1441 *et seq.*, hereby petition to remove this action from the Circuit Court of the Fourteenth Judicial Circuit, Rock Island County, Illinois, to the United States District Court for the Central District of Illinois, Rock Island Division. In support, Defendants state:

    1.  On June 12, 2012, Plaintiff, SCOTT HOUZENGA, filed a Complaint against the Defendants, CITY OF MOLINE, ILLINOIS, and TODD ALLEN, in Rock Island County, Illinois.

    2.  Counts I and II of the Complaint allege violations of employment discrimination and retaliation.

    3.  Specifically, Count I alleges that the City of Moline, Illinois, discriminated against the Plaintiff as follows:

    a. a later filed complaint lodged by female co-worker which targeted Plaintiff was investigated aggressively;

    b. a later filed complaint lodged by female co-worker which targeted Plaintiff resulted in Plaintiff being subjected to an interrogation on December 1, 2009, which placed his employment at risk;

    c. even though a later filed complaint lodged by female co-worker was found not to have risen to the level of violating the cities [sic] policies on sexual harassment or workplace violence, said female co-worker was awarded damages and received a different job, arguably a promotion;

    d. even though a later filed complaint lodged by female co-worker was found not to have risen to the level of violating the cities [sic] policies on sexual harassment or workplace violence, Plaintiff was required to participate in mandatory meetings for counseling; and

    e. Plaintiff's complaints of harassment were not investigated until after Plaintiff's December 1, 2009, interrogation.

4. Count II of Plaintiff's Complaint specifically alleges retaliation by the City of Moline, Illinois, against the Plaintiff as follows:

    a. a later filed complaint lodged by female co-worker which targeted Plaintiff was investigated aggressively;

    b. a later filed complaint lodged by female co-worker which targeted Plaintiff resulted in Plaintiff being subjected to an interrogation on December 1, 2009, which placed his employment at risk;

    c. even though a later filed complaint lodged by female co-worker was found not to have risen to the level of violating the cities [sic] policies on sexual harassment or workplace violence, Plaintiff was required to participate in mandatory meetings for counseling;

    d. even though Plaintiff has repeatedly requested disclosure of so called "issues of concern" allegedly expressed by an allegedly independent investigator, Defendant City has failed to disclose, identify, or otherwise inform Plaintiff of the "issues of concern;" and

  e. Plaintiff's complaints of harassment were not investigated until after Plaintiff's December 1, 2009, interrogation.

5. Employment discrimination on the basis of sex and retaliation are violations of Title VII of the Civil Rights Act of 1964, 42 USCA §§ 2000e *et seq*.

6. This Court has original jurisdiction of the matters alleged in Count I and II of Plaintiff's Complaint pursuant to 28 USC §§ 1331.

7. Count III of Plaintiff's Complaint alleges a claim for intentional infliction of emotional distress, arising out of the same set of allegations as made in Counts I and II.

8. The claim of Count III is so related to the claims over which this Court has original jurisdiction that this Court has supplemental jurisdiction over Count III of Plaintiff's Complaint pursuant to 28 USC § 1367.

9. Defendants were served with Plaintiff's Complaint on June 14, 2012. A copy of Plaintiff's Complaint is attached as Exhibit 1. Copies of the Summonses served on each Defendant are attached hereto as Exhibit 2, along with a copy of the Rock Island County Circuit Court's docket entry reflecting service on Defendants on June 14, 2012.

10. Counsel for Defendants sent written correspondence to Plaintiff's counsel requesting clarification of Plaintiff's discrimination and retaliation claims. A copy of said correspondence is attached hereto as Exhibit 3. To date, no response has been received.

11. Defendants' Notice of Removal is timely pursuant to 28 USC § 1446(b), in that it is filed within 30 days of service of Summons.

12. Pursuant to 28 USC § 1446(d), Defendants have given written notice of the filing of this Notice of Removal to all adverse parties and have filed a copy of this Notice of Removal with the Clerk of the Circuit Court of the Fourteenth Judicial Circuit, Rock Island County, Illinois, thereby effecting removal to this Court.

WHEREFORE, the Defendants, CITY OF MOLINE, ILLINOIS, and TODD ALLEN, pray that the above action now pending against them in the Circuit Court of the Fourteenth Judicial Circuit, Rock Island County, Illinois, be removed therefrom to this Court.

CITY OF MOLINE, ILLINOIS, and TODD ALLEN,
Defendants

By: _____*s/Peter R. Jennetten*_____
   Peter R. Jennetten
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO

Peter R. Jennetten (Illinois Bar No. 6237377)
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
227 N.E. Jefferson Ave.
Peoria, IL  61602-1211
Telephone:  (309) 674-1133
Facsimile:  (309) 674-6503
E-mail: pjennetten@qjhpc.com
I:\1\Civil\Houzenga v. City of Moline 101 052 210\houzenga not removal federal.wpd

## CERTIFICATE OF SERVICE

I hereby certify that on **July 11, 2012**, I electronically filed this **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system.

And I hereby certify that on **July 11, 2012**, I mailed a copy of this document by United States Postal Service to the following non-registered participant:

| | |
|---|---|
| Candy K. Pastrnak<br>Pastrnak Law Firm, P.C.<br>313 W. 3rd St.<br>Davenport, IA  52801<br>Telephone:  (563) 323-7737<br>Facsimile:  (563) 323-7739 | *Attorneys for Plaintiff* |

                               s/Peter R. Jennetten
                               Peter R. Jennetten (Illinois Bar No. 6237377)
                               QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
                               227 N.E. Jefferson Ave.
                               Peoria, IL  61602-1211
                               Telephone:  (309) 674-1133
                               Facsimile:  (309) 674-6503
                               E-mail: pjennetten@qjhpc.com